IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

KALB EQUIPMENT, INC.,

    Plaintiff,

VS.                                  NO. 05-2675-MaV

WOODS EQUIPMENT COMPANY,

    Defendant.

---

ORDER OF REFERENCE

---

Before the court is plaintiff Kalb Equipment, Inc.'s September 22, 2005, motion for preliminary injunction and request for a hearing. This matter is hereby referred to the magistrate judge for a report and recommendation. Any exceptions to the magistrate's report shall be made within ten (10) days of her report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

IT IS SO ORDERED this 27K day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-28-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02675 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT